# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| LEO LUNA | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No.  4:21-CV-00014 |
| | § | Judge Mazzant |
| v. | § | |
| | § | |
| MASSEY SERVICES, INC, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

### FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered on this date in which the Court **GRANTED** Defendant's Motion for Summary Judgment, it is

**CONSIDERED, ORDERED, AND ADJUDGED** that Plaintiff Leo Luna take nothing on all claims asserted against Defendant Massey Services, Inc., and this case is hereby **DISMISSED** with prejudice.

All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 9th day of February, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE